

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2019

No. 04-19-00210-CV

**IN RE** Justin **HALL**

Original Mandamus Proceeding[1]

**ABATEMENT ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                 Luz Elena D. Chapa, Justice
                 Beth Watkins, Justice

On April 8, 2019, relator filed a petition for writ of mandamus complaining of an order signed by the Honorable Tom Rickhoff on March 29, 2018. However, Judge Rickhoff, the respondent, is no longer the presiding judge of Bexar County Probate Court No. 2. When one named in his official capacity as a party to an original proceeding no longer holds the office, abatement is required to allow that party's successor to "reconsider the original party's decision." *See* TEX. R. APP. P. 7.2(b).

Accordingly, we ORDER the substitution of Judge Veronica Vasquez as respondent in this original proceeding, *see* TEX. R. APP. P. 7.2(a), and ABATE the case for 60 days from the date of this order to allow Judge Vasquez to reconsider the original decision. During the period of abatement, relator shall present to Judge Vasquez each issue made the subject of the pending petition for writ of mandamus; obtain a ruling on each; and amend the petition and appendix in this court accordingly.

Relator is further ORDERED to file in this court either an amended petition and appendix or the appropriate motion to dismiss this mandamus proceeding no later than 15 days following Judge Vasquez's ruling.

---

[1] This proceeding arises out of Cause No. 2013-PC-3848, styled *In the Estate of Bill Hall, Jr., Deceased*, pending in the Probate Court No 2, Bexar County, Texas. The Honorable Tom Rickhoff signed the order at issue in this proceeding.

It is so **ORDERED** on April 10, 2019.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle,
Clerk of Court

